*pro se. Assistant Solicitor General Fahy, Assistant Attorney General Berge,* and Messrs. *Oscar A. Provost* and *W. Marvin Smith* for respondent.

No. 216. SWEETNEY *v.* JOHNSTON, WARDEN. October 13, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit, and motion for leave to proceed further *in forma pauperis,* denied. *Clarence Mackel Sweetney, pro se. Assistant Solicitor General Fahy, Assistant Attorney General Berge,* and *Mr. Oscar A. Provost* for respondent.

No. 273. LOVVORN *v.* JOHNSTON, WARDEN. October 13, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit, and motion for leave to proceed further *in forma pauperis,* denied. *James A. Lovvorn, pro se. Assistant Solicitor General Fahy, Assistant Attorney General Berge,* and *Mr. Oscar A. Provost* for respondent.

No. 276. BROWN ET AL. *v.* FEDERAL LAND BANK OF LOUISVILLE, KY. October 13, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit, and motion for leave to proceed further *in forma pauperis,* denied. Messrs. *Samuel E. Cook* and *Walter L. Clements* for petitioners. *Assistant Solicitor General Fahy* and Messrs. *Mastin G. White* and *Robert K. McConnaughey* for respondent.

No. 297. MOYER *v.* HINES, ADMINISTRATOR OF VETERANS AFFAIRS. October 13, 1941. Petition for writ of